UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1826**

In re: Official Committee of Talc Claimants

To:   Clerk

1) Motion by Petitioner for Leave to File Petition for Writ of Mandamus and Appendix Volumes 4, 5, 6, and 11 under Seal

---

    The foregoing motion is referred to the same panel that will decide the petition for writ of mandamus. The petition and appendix volumes 4, 5, 6, and 11 will be held provisionally under seal pending disposition of the motion to seal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 3, 2023
PDB/cc: All Counsel of Record