UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-032

No. 23-1826

IN RE: OFFICIAL COMMITTEE OF TALC CLAIMANTS,
Petitioner

(D.N.J. No. 23-bk-12825 & 23-ap-01092)

Present: SHWARTZ, RESTREPO and AMBRO, Circuit Judges

1. Petition for Writ of Mandamus by Petitioner Official Committee of Talc Claimants and Appendices;

2. Response by Respondent LTL Management LLC to Petition for Writ of Mandamus;

3. Response by Respondent Ad Hoc Committee of Supporting Counsel to Petition for Writ of Mandamus.

Respectfully,
Clerk/pdb

_____ORDER_____

In order to allow the Chapter 11 proceedings of LTL Management, LLC, No. 23-12825, to continue on the expedited basis set by the Bankruptcy Court for the District of New Jersey, and recognizing that the writ of mandamus is a drastic and extraordinary remedy and there are other adequate means for the petitioner to obtain the relief it seeks, the Public Petition for Writ of Mandamus of Talc Claimants is hereby denied.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

Dated: May 5, 2023
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk