OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 9, 2023

Melissa E. Rhoads
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 E State Street
Trenton, NJ 08608

RE: In re: Official Committee of Talc Claimants
Case Number: 23-1826
District Court Case Number: 23-bk-12825
District Court Case Number: 23-ap-01092

Dear Clerk:

Enclosed please find copies of the following filed today in the above-entitled case:

1. Opinion

2. Certified copy of the order denying the issuance of a writ of mandamus.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

s/ pdb Case Manager

cc:

Melanie L. Cyganowski, Esq.
Noel J. Francisco, Esq.
Angelo J. Genova, Esq.
Gregory M. Gordon, Esq.
Honorable Michael B. Kaplan,
Jeffrey A. Lamken, Esq.
C. Kevin Marshall, Esq.
Jonathan S. Massey, Esq.
David J. Molton, Esq.
Adam C. Silverstein, Esq.
Michael D. Sirota, Esq.
Robert J. Stark, Esq.
Daniel M. Stolz, Esq.
Michael S. Winograd, Esq.