

Jeffrey A. Lamken
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2010
F: 202.536.2010
jlamken@mololamken.com
www.mololamken.com

May 16, 2023

BY ECF

Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *In re: Official Committee of Talc Claimants*, No. 23-1826

Dear Ms. Dodszuweit:

On May 5, 2023, the Official Committee of Talc Claimants ("TCC") filed a Petition for Writ of Mandamus originating this action, Dkt. 1, and a motion to seal portions of the Petition and Appendix Volumes 4, 5, 6, and 11, Dkt. 2 (the "Motion").

On May 9, 2023, this Court granted-in-part and denied-in-part the Motion. It ordered the parties to file public versions of each sealed volume "redacting only information the disclosure of which would cause a clearly defined and serious injury." Dkt. 14 at 1.

Petitioner hereby files public versions of Appendix Volumes 4, 5, 6, and 11 as exhibits to this letter. The documents in Volumes 6 and 11 are filed unsealed in their entirety, because the debtor in the bankruptcy proceeding below has agreed to withdraw all confidentiality designations with respect to the deposition transcripts and exhibits in those volumes.

Volumes 4 and 5 are filed with the following items redacted:

1. Portions of the deposition of John Kim designated confidential by the debtor, or discussing qualification provisions in a portion of a Term Sheet containing confidential terms of a Plan Support Agreement.

2. Portions of the deposition of Erik Haas designated confidential by the debtor, discussing qualification provisions in a portion of a Term Sheet containing confidential terms of a Plan Support Agreement, or addressing confidential settlement discussions.

Patricia S. Dodszuweit — 2 — May 16, 2023

3. Portions of the deposition of Adam Pulaski designated confidential by the debtor.

4. A February 26, 2023, email from Mikal Watts to James Murdica and Jason Itkin containing confidential settlement discussions.

5. An appendix to a Term Sheet containing confidential terms of a Plan Support Agreement.

6. Portions of the deposition of James Murdica designated confidential by the debtor.

    Sincerely,

    /s/ Jeffrey A. Lamken
    Jeffrey A. Lamken